AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
1/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
January 21, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America

v.

Ian Eric Miller,

Defendant(s)

Case No.   2:21-mj-00316-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 11, 2020 in the county of Ventura in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Merrilee Goodwin
*Complainant's signature*

Merrilee Goodwin, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   January 21, 2021

*Judge's signature*

City and state:   Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Merrilee Goodwin, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI").  I have been a Special Agent with the FBI since 1998.  I am currently assigned to a Domestic Terrorism Squad of the Los Angeles Field Office, where I primarily investigate people who commit violent criminal acts in furtherance of their political or social ideology, and investigate threats associated with the nefarious use of chemical, biological, radiological, nuclear, and explosive materials.  In this capacity, I investigate federal crimes pertaining to terrorism, and have gained experience in cyber-based matters including those involving dark web markets.  As a result, I am familiar with the methods used by criminals in furtherance of their criminal activities in both the virtual and physical worlds, and I have received both formal and informal training from the FBI and other institutions regarding cyber and computer crime investigations and review of digital devices.  As a Special Agent I completed the FBI Academy in Quantico, Virginia, and received training to include the fundamentals of law, ethics, interviewing, report writing, firearms, surveillance, defensive tactics, and case management.  I have also received training regarding the methods of operations of individuals who distribute drugs.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Ian Eric MILLER ("MILLER") for a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A): Possession with Intent to Distribute Methamphetamine.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates, times, and amounts are approximate.

## III. STATEMENT OF PROBABLE CAUSE

4. Based on my knowledge of and participation in this investigation, my communications with local law enforcement officers who interact regularly with the San Fernando Valley Peckerwoods ("SFVPs"), as well as my own internet research with respect to the SFVPs, I am aware of the following:

    a. The SFVPs are a Racially Motivated Violent Extremist group that is based in Los Angeles County. SFVPs' members have engaged in racially motivated violence as well as criminal activity such as drug and illegal firearms trafficking.

  b. The Peckerwoods originated in the California State prison system.  Peckerwood groups are spread throughout the state of California.

  c. Peckerwoods are often required by their peers to earn their "bolts," which refers to the lightning bolt tattoos usually found on the inside portion of their left biceps.  To earn this tattoo, a Peckerwood generally must commit a serious assault against a non-white individual.

  d. MILLER is believed to be a member of the SFVPs, and has a "SWP" tattoo on his back, which stands for Supreme White Power.  He is believed to be one of the SFVPs who regularly engages in drug trafficking.

 5. Based on my review of a law enforcement report[1] prepared by Ventura County Sheriff's Office ("VCSO") Deputy Joseph Horswill, I am aware of the following:

  a. At approximately 4:15 p.m. on August 11, 2020, Deputy Horswill saw MILLER standing near a gray Chevrolet Malibu in front of a residence located on Crater Road in Simi Valley.  He watched MILLER walk away from the vehicle and enter the residence.  At approximately 5:00 p.m., Deputy Horswill watched MILLER exit the residence, enter the gray Chevrolet Malibu, and sit in the driver's seat of the vehicle.

  b. At approximately 5:15 p.m., Deputy Horswill along with other VCSO deputies approached MILLER, who was sitting in the parked vehicle.  Deputy Horswill observed that MILLER

---

[1] This summary does not summarize all facts contained in Deputy Horswill's report.  Only facts necessary to establish probable cause for this complaint are included.

appeared to be falling asleep, and that his pupils were pinpoint and his skin was pale, cool, and sweaty. Deputy Horswill believed that MILLER was under the influence of a controlled substance.

   c. Another deputy, Sergeant Malagon, identified himself as law enforcement, and asked MILLER if he had any guns in the vehicle. MILLER responded slowly by saying that there was a gun in the back seat of the vehicle. Another deputy, Detective Holt, who was standing near the passenger side of the vehicle, observed, in plain view, syringes on the front passenger seat. The deputies directed MILLER to exit the vehicle, and placed MILLER under arrest for a violation of California Health and Safety Code 15550(a)(1): Under the Influence of a Controlled Substance.

   d. During the search of MILLER's vehicle, deputies located among other items, more than two kilograms of suspected methamphetamine, nearly 200 grams of suspected fentanyl, more than 200 grams of suspected heroin, a loaded Glock 9mm handgun without a serial number, $1,565 in U.S. currency, and a working digital scale.

  6. On October 5, 2020, I and other FBI agents transferred the suspected drugs seized from MILLER to the Drug Enforcement Administration Southwest Regional Laboratory. I have reviewed the laboratory analysis reports, and have learned that MILLER possessed approximately 2,128.4 grams of actual methamphetamine, approximately 200.21 grams of a mixture or substance containing a detectable amount of heroin, and approximately 190.7 grams of

4

fentanyl.  Based on my training and experience, I am aware that these quantities of controlled substances are not quantities that can be personally used by any one individual.  Based on the quantities of the controlled substances, and the fact that MILLER possessed three different controlled substances in large quantities, a firearm, $1,565 in U.S. currency, and a digital scale, I believe MILLER possessed the methamphetamine, heroin, and fentanyl with the intent to distribute them to customers in and around the San Fernando Valley.

    7.   On December 7, 2020, Senior Special Agent David Hamilton, a Firearms and Ammunition Interstate Nexus Expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives, examined the loaded firearm that law enforcement officers seized from MILLER on August 11, 2020.  From his report, I learned that:

    a.   The unidentified make Glock-style, 9mm Luger caliber semiautomatic pistol is devoid of a serial number, and is what is considered to be a "ghost gun."  The pistol was assembled using a Polymer80 Inc. model PF940SC frame blank, blue in color, commonly called an "80 percent" frame.  It is fitted with a counterfeit Glock slide marked "GLOCK 26 AUSTRIA 9x19," and the slide plate is marked with a skull and crossbones.

    b.   The "ghost gun" was loaded with two rounds of 9mm Luger caliber ammunition with head stamps "FC," which were manufactured by the Federal Cartridge Company in Anoka, Minnesota.  In order for this ammunition to be recovered in California, it had to have moved in interstate commerce.

8. I have reviewed certified conviction documents related to some of the convictions that MILLER has previously sustained. I am aware that MILLER has been convicted of at least one of the following crimes punishable by imprisonment for a term exceeding one year:

   a. Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number LA068559, on or about August 22, 2011;

   b. Possession or Purchase for Sale of Designated Controlled Substances, in violation of California Health and Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, Case Number LA068559, on or about August 22, 2011; and

   c. Possession or Purchase for Sale of Designated Controlled Substances, in violation of California Health and Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, Case Number LA076070, on or about December 18, 2013.

//
//
//
//
//
//
//
//

## IV. CONCLUSION

9. For the reasons described above, I respectfully submit there is probable cause to issue the requested criminal complaint and arrest warrant.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __21st__ day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
ALKA SAGAR